

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,              )<br>                                  )<br>     vs.                          )<br>                                  )<br>MARIA VICTORIA ZAMUDIO,           )<br>                                  )<br>          Defendant.              )<br>_____) | No. 1:06-CR-00090 OWW<br><br>ORDER OF RELEASE |

    The above named defendant having been sentenced to Time Served on September 10, 2007,

    IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 9-10-07

_____
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1